IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 06 109T |
| | ) |
| v. | ) CR. No. |
| | ) In violation of 8 U.S.C. |
| | ) §§ 1326(a) and (b)(2) |
| | ) |
| FERNEL ANTONIO TORRES GRANADOS | ) |

**INDICTMENT**

The Grand Jury charges that:

On or about September 19, 2006, Defendant FERNEL ANTONIO TORRES GRANADOS, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

S R Beckner
SANDRA R. BECKNER
Assistant U.S. Attorney

DATE October 4, 2006