AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

USA

v.

Fernel Antonio Torres Granados

## APPEARANCE

Case Number: CR 06-109 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fernel Antonio Torres Granados

I certify that I am admitted to practice in this court.

10/10/06
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name

Bar Number

10 Weybosset Street, Ste. 300
Address

Providence, RI 02903
City State Zip Code

401-528-4281 401-528-4285
Phone Number Fax Number