1227163

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

FERNAL ANTONIO TORRES GRANADOS

**WARRANT FOR ARREST**

CASE NUMBER: CR06-109T

RECEIVED

OCT 04 2006

US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FERNAL ANTONIO TORRES GRANADOS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 4, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Suffolk Cty by ICE | | |
| DATE RECEIVED 10/04/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 10/10/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.