**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-109T** |
| | ) | |
| **FERNEL ANTONIO TORRES GRANADOS** | ) | |

---

**MOTION FOR CONTINUANCE OF TRIAL**

Now comes the accused, Fernal Antonio Torres Granados, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled on or after November 27, 2006 for an additional thirty (30) days.

In support of this request, counsel states that she is requesting the additional time to allow for a more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

The government, through AUSA Sandra R. Beckner, has indicated it has no objection to the granting of this motion.

Respectfully submitted
Fernal Antonio Torres Granados
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on October 30, 2006.

/s/ Mary S. McElroy