UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  CR No. 06-109T

FERNEL ANTONIO TORRES GRANADOS

### ORDER

Upon motion of the defendant to continue the trial presently scheduled for December 19, 2006, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Fernel Antonio Torres Granados</u> CR No. 06-109T, is vacated, the case will be scheduled for impanelment on January 16, 2007 and the time from the date of this order through January 16, 2007, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge
Date: November 8, 2006