**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-109T** |
| | ) | |
| **FERNEL ANTONIO TORRES GRANADOS** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Fernel Antonio Torres Granados, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment for January 16, 2007 for an additional thirty (30) days. In addition, the defendant is requesting an enlargement of time for the filing of pretrial motions.

In support of this motion counsel states that she needs the additional time to fully investigate the defendant's immigration issues which will directly impact the resolution of this case.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The government, through AUSA Sandra Beckner, has indicated it has no objection to the granting of this motion.

Respectfully submitted
Fernel Antonio Torres Granados
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 5th day of December, 2006.

/s/ Mary S. McElroy