STATE OF RHODE ISLAND FAMILY COURT
PROVIDENCE, SC.

MARIA C. TORRES :
:
VS. : F.C. NO. P98-2541
:
FERNEL A. TORRES :

FINAL JUDGMENT

No Motions are pending between the parties.

The above entitled matter came on for hearing before this Honorable Court on the 21st day of January, 1999, Master Sammartino presiding, upon plaintiff's Complaint for an absolute divorce. After hearing thereon and consideration thereof, it is hereby

ORDERED, ADJUDGED AND DECREED

1. The Court finds as a fact that:

A. The parties were married on December 12, 1978.

B. There are two children born of the marriage currently minors, namely Aida E. Torres, d.o.b. 7-26-82 and David Torres, d.o.b. 6-24-88.

C. The Plaintiff has been a domiciled inhabitant of the State of Rhode Island continuously for at least one year prior to the filing of this divorce complaint.

D. The parties separated in November of 1995.

E. The plaintiff is a fit and proper person to have full custody of the minor children.

F. Plaintiff is self sufficient.

2. Plaintiff's Complaint for Divorce is granted on the grounds that there have been irreconcilable differences between the parties which have caused the irremediable breakdown of the marriage.

3. The plaintiff is awarded full custody of the two minor children of the marriage, namely, Aida E. Torres and David Torres, with physical possession of said children in the plaintiff mother, and reserving unto the defendant father reasonable rights of visitation at the discretion of the plaintiff.

4. Child support is not ordered at this time, but is left open for future determination.

5. Each party is awarded the personal property and automobiles that they have in their possession as the same has been divided to the mutual satisfaction of each.

6. Each party shall sign whatever documents are necessary to effectuate any and all provisions of this Agreement.

7. Plaintiff waives alimony permanently and defendant is permanently denied alimony from the plaintiff.

DATED at Providence, Rhode Island, this 3 day of MAY ______________________, 1999.

APPROVED: ENTERED:

5/13/99

JUSTICE OF FAMILY COURT
KATHLEEN A. VOCCOLA
Associate Justice

Deputy CLERK

PRESENTED BY:

John S. Simonian, Esq. # 4694
ATTORNEY FOR THE PLAINTIFF
273 Pontiac Avenue
Cranston, RI 02910
(401) 941-4800
FAX (401) 785-8313

STATE OF RHODE ISLAND
SUPREME COURT
JUDICIAL RECORDS CENTER

I hereby certify that this document is an exact photographic reproduction of the original document on file in the R.I. Supreme Court Records Center

9-2-2004
Signature Date

THE UNITED STATES OF AMERICA

No. 22480855

# CERTIFICATE OF NATURALIZATION

*Personal description of holder as of date of naturalization:*

*Date of birth:* April 25, 1963

*Sex:* Female

*Height:* 5 *feet* 0 *inches*

*Marital status:* Married

*Country of former nationality:* El Salvador



*INS Registration No.* A43 431 097

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Attorney General*

*at:* Providence, Rhode Island

*The Attorney General having found that:*

MARIA DEL CARMEN TORRES

*then residing in the United States, intends to reside in the United States when s required by the Naturalization Laws of the United States, and had in all oth respects complied with the applicable provisions of such naturalization laws and ur entitled to be admitted to citizenship, such person having taken the oath of allegian in a ceremony conducted by the*

United States District Court for The District of Rhode Isla

*at:* Providence, Rhode Island *on:* AUG 0 4 1997

*that such person is admitted as a citizen of the United States of America.*

IT IS PUNISHABLE BY U. S. LAW TO COPY, PRINT OR PHOTOGRAPH THIS CERTIFICATE, WITHOUT LAWFUL AUTHORITY.

*Commissioner of Immigration and Naturalization*

DEPARTMENT OF JUSTICE

*** NOT AN OFFICIAL DOCUMENT ***

**Case ID:** P1-1992-0097A
**Docket Search Start Date:**
**Docket Search Ending Date:**

## Case Description

**Case ID:** P1-1992-0097A - FERNEL TORRES
**Court :** (SC) SUPERIOR COURT **Location :** (P) PROVIDENCE COUNTY
**Filing Date:** Wednesday, October 30th, 1991
**Type:** F - FELONY
**Status:** ZDISP - CASE DISPOSED

## Arrest Information

**Arresting Agency :** PROVIDENCE POLICE DEPARTMENT

## Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| 1 | 1ST DEGREE CHILD MOLESTATION | PLEA OF NOLO CONTENDERE<br><br>21-MAR-96 | FULL SENTENCE 20 Years<br>PFEIFFER,JUDGE<br><br>TERM TO SERVE 4 Years<br>PFEIFFER,JUDGE<br><br>CREDIT FOR TIME SERVED<br>PFEIFFER,JUDGE<br><br>SUSPENDED 16 Years<br>PFEIFFER,JUDGE<br><br>PROBATION 16 Years<br>PFEIFFER,JUDGE<br><br>INDEMNITY FUND<br>PFEIFFER,JUDGE<br><br>PROBATION FUND |

| | | | |
|---|---|---|---|
| | | | PFEIFFER,JUDGE<br><br>COURT COSTS<br>PFEIFFER,JUDGE |
| 2 | 1ST DEGREE CHILD MOLESTATION | PLEA OF NOLO CONTENDERE<br><br>21-MAR-96 | FULL SENTENCE 20 Years<br>PFEIFFER,JUDGE<br><br>TERM TO SERVE 4 Years<br>PFEIFFER,JUDGE<br><br>SUSPENDED 16 Years<br>PFEIFFER,JUDGE<br><br>PROBATION 16 Years<br>PFEIFFER,JUDGE |
| 101 | 1ST DEGREE CHILD MOLESTATION | TRUE BILL SIGNED<br><br>17-JAN-92 | |
| 102 | 1ST DEGREE CHILD MOLESTATION | TRUE BILL SIGNED<br><br>17-JAN-92 | |

## Case Event Schedule

| Event | Date | Location | Judge |
|---|---|---|---|
| FELONY INITIAL APPEARANCE | 30-OCT-1991 | 6th District Court | ERICKSON, JUDGE |
| BAIL HEARING | 13-NOV-1991 | 6th District Court | DEROBBIO, JUDGE |
| ARRAIGNMENT | 19-FEB-1992 | PROVIDENCE COUNTY | GOLDBERG, JUDGE |
| PRE-TRIAL CONFERENCE | 20-APR-1992 | PROVIDENCE COUNTY | WILEY, JUDGE |
| STATE'S MOTION | 19-MAY-1992 | PROVIDENCE COUNTY | GOLDBERG, JUDGE |
| PRE-TRIAL CONFERENCE | 21-MAY-1992 | PROVIDENCE COUNTY | WILEY, JUDGE |
| STATE'S MOTION | 01-JUN-1992 | PROVIDENCE COUNTY | GOLDBERG, JUDGE |

| | | | |
|---|---|---|---|
| MOT PERMISSION TO LEAVE STATE | 29-JUN-1992 | PROVIDENCE COUNTY | GOLDBERG, JUDGE |
| PRE-TRIAL CONFERENCE | 12-AUG-1992 | PROVIDENCE COUNTY | WILEY, JUDGE |
| PRE-TRIAL CONFERENCE | 10-SEP-1992 | PROVIDENCE COUNTY | DARIGAN, JUDGE |
| PRE-TRIAL CONFERENCE | 30-SEP-1992 | PROVIDENCE COUNTY | DARIGAN, JUDGE |
| TRIAL | 14-JAN-1993 | PROVIDENCE COUNTY | PFEIFFER, JUDGE |
| WARRANT CANCELLATION | 17-JAN-1996 | PROVIDENCE COUNTY | GEMMA, JUDGE |
| PRESENT AS A VIOLATOR | 17-JAN-1996 | PROVIDENCE COUNTY | GEMMA, JUDGE |
| VIOLATION OF BAIL | 24-JAN-1996 | PROVIDENCE COUNTY | GEMMA, JUDGE |
| VIOLATION OF BAIL | 07-FEB-1996 | PROVIDENCE COUNTY | GEMMA, JUDGE |
| PRE-TRIAL CONFERENCE | 18-MAR-1996 | PROVIDENCE COUNTY | RODGERS, JUDGE |
| PRE-TRIAL CONFERENCE | 21-MAR-1996 | PROVIDENCE COUNTY | PFEIFFER, JUDGE |
| PAYMENT OF COSTS | 29-MAR-1996 | PROVIDENCE COUNTY | *unassigned* |
| PAYMENT OF COSTS | 01-APR-1996 | PROVIDENCE COUNTY | *unassigned* |

## Case Parties

| Type | ID | Name | Aliases |
|---|---|---|---|
| DEFENDANT | 09202616 | **TORRES, FERNEL** | *none* |

## Attorneys

| Type | Name |
|---|---|
| PROSECUTOR | PRIOR, DAVID D. |
| PRIVATE ATTORNEY | WATT, ROBERT D |

**Docket Entries**

| Description | |
|---|---|
| 30-OCT-1991 | EVENT ACTION |
| 30-OCT-1991 | TYPE OF BAIL SET |
| 13-NOV-1991 | EVENT ACTION |
| 13-NOV-1991 | DRUG TESTING ORDERED |
| 13-NOV-1991 | NO CONTACT ORDER |
| 13-NOV-1991 | BAIL UNIT SUPERVISION |
| 13-NOV-1991 | DOCKET NOTE |
| 13-NOV-1991 | BAIL POSTING INFORMATION |
| 13-NOV-1991 | TYPE OF BAIL SET |
| 17-JAN-1992 | INDICTMENT FILED |
| 29-JAN-1992 | ENTRY OF APPEARANCE |
| 31-JAN-1992 | ORDER FOR GRAND JURY TAPES |
| 19-FEB-1992 | EVENT ACTION |
| 19-FEB-1992 | DEFT ARRGN & PLEADS NOT GUILTY |
| 19-FEB-1992 | NO CONTACT ORDER |
| 19-FEB-1992 | BAIL POSTING INFORMATION |
| 19-FEB-1992 | ORD ENT TRANSFERRING CASH BAIL |
| 19-FEB-1992 | OTHER DOCUMENT |
| 19-FEB-1992 | TYPE OF BAIL SET |
| 21-FEB-1992 | RECEIPT FOR GRAND JURY TAPES |
| 25-FEB-1992 | VICTIM/WITNESS NOTICE |
| 02-MAR-1992 | MOTION DISCOVERY/INSPECTION |
| 09-MAR-1992 | VICTIM/WITNESS RESPONSE |
| 09-APR-1992 | REQUEST DISCOVERY AND ALIBI |
| 09-APR-1992 | RSP DEFT REQ DSCVY/INSPEC |
| 20-APR-1992 | EVENT ACTION |
| 20-APR-1992 | EVENT REASON |
| 13-MAY-1992 | MOTION SUBPOENA DUCES TECUM |

| | |
|---|---|
| 13-MAY-1992 | RSP DEFT REQ DSCVY/INSPEC |
| 19-MAY-1992 | EVENT ACTION |
| 19-MAY-1992 | EVENT REASON |
| 19-MAY-1992 | EVENT REASON |
| 21-MAY-1992 | EVENT ACTION |
| 21-MAY-1992 | EVENT REASON |
| 01-JUN-1992 | EVENT ACTION |
| 01-JUN-1992 | ORDER ENTERED |
| 19-JUN-1992 | ST'S SPL RSPN MOT DSCVY/INSPEC |
| 24-JUN-1992 | MOTION PERMISSION LEAVE STATE |
| 29-JUN-1992 | EVENT ACTION |
| 12-AUG-1992 | EVENT ACTION |
| 12-AUG-1992 | EVENT REASON |
| 12-AUG-1992 | EVENT REASON |
| 10-SEP-1992 | EVENT ACTION |
| 10-SEP-1992 | EVENT REASON |
| 30-SEP-1992 | EVENT ACTION |
| 30-SEP-1992 | EVENT REASON |
| 14-JAN-1993 | EVENT ACTION |
| 14-JAN-1993 | EVENT REASON |
| 17-JAN-1996 | EVENT ACTION |
| 17-JAN-1996 | EVENT ACTION |
| 17-JAN-1996 | EVENT REASON |
| 17-JAN-1996 | TYPE OF BAIL SET |
| 18-JAN-1996 | VIOLATION REPORT |
| 24-JAN-1996 | EVENT ACTION |
| 24-JAN-1996 | EVENT REASON |
| 07-FEB-1996 | EVENT ACTION |
| 07-FEB-1996 | EVENT REASON |
| 07-FEB-1996 | DEFENDANT APPEARS |
| 07-FEB-1996 | DEFT WAIVES VIOLATION OF BAIL |

| | |
|---|---|
| 07-FEB-1996 | CONTINUES TO BE HELD W/O BAIL |
| 07-FEB-1996 | DOCKET NOTE |
| 18-MAR-1996 | EVENT ACTION |
| 18-MAR-1996 | EVENT REASON |
| 21-MAR-1996 | EVENT ACTION |
| 21-MAR-1996 | CASE DISPOSED |
| 21-MAR-1996 | DEFN RETRACTS PLEA/NOT GUILTY |
| 21-MAR-1996 | DEFENDANT RE-ARRAIGNED |
| 21-MAR-1996 | PRE-SENTENCE REPORT WAIVED |
| 21-MAR-1996 | DISPOSITION PROSECUTOR |
| 21-MAR-1996 | DISPOSITION DEFENSE ATTORNEY |
| 21-MAR-1996 | CERTIFICATE OF JUDGE |
| 21-MAR-1996 | JUDGMENT OF CONVICTION ENTERED |
| 21-MAR-1996 | NO CONTACT ORDER |
| 21-MAR-1996 | OTHER DOCUMENT |
| 29-MAR-1996 | EVENT ACTION |
| 29-MAR-1996 | COURT ASSESSMENTS PD IN FULL |
| 29-MAR-1996 | DOCKET NOTE |
| 29-MAR-1996 | OTHER DOCUMENT |
| 01-APR-1996 | EVENT ACTION |
| 01-APR-1996 | PAYMENT RECEIPT NUMBER |

Search Home New Search Report Selection Case Description
Event Schedule Case Parties Docket Entries

(c) Copyright 2001 Affiliated Computer Systems, Inc. ACS and the ACS logo are registered trademarks.
This contains trade secrets and is subject to a confidentiality agreement. The unauthorized
possession, use, reproduction, distribution, display, or disclosure of this material or the information contained herein is prohibited.
All rights reserved. User Accepts/Agrees to Disclaimer. Not for official use.