**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-109T** |
| | ) | |
| **FERNEL ANTONIO TORRES GRANADOS** | ) | |

---

**MOTION TO ENLARGE THE TIME FOR**
**FILING OBJECTIONS TO THE PRE-SENTENCE REPORT**

Now comes the accused, Fernel Antonio Torres Granados, by and through his counsel, and moves this Honorable Court to enlarge the time for filing objections to the pre-sentence report in this matter from August 23, 2007 to August 31, 2007. In support of this request, counsel states that the additional time is needed to meet with the defendant and review the report. Due to the fact that counsel has been involved in preparing for the trial of United States v. Ricardo Mejia as well as a previously scheduled family vacation, she has not be able to meet with the defendant to properly and thoroughly review the report.

The government, through AUSA Sandra Beckner, has indicated it has no objection to the granting of this request.

Respectfully submitted
Fernel Antonio Torres Granados
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 14th day of August 2007.

/s/ Mary S. McElroy