IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR-06-109T |
| FERNEL TORRES-GRANADOS | : | |

GOVERNMENT'S SENTENCING MEMORANDUM

The government recommends a sentence of 18 months imprisonment because a sentence at the low end of the guideline range is reasonable in light of the factors set forth in 18 U.S.C. § 3553(a). Specifically, a sentence of 18 months is reasonable in light of the nature of the offense, the defendant's criminal history, the need for deterrence, the need to protect society, and the need to avoid unwarranted sentencing disparities.

After United States v. Booker, 125 S.Ct 738 (2005), the guidelines are no longer mandatory in terms of their application by District Courts; however, District Courts must consult the guidelines and must take them into account when sentencing. See United States v. Jimenez-Beltre, 440 F.3d 514, 518 (1st Cir. 2006). Compliance with Booker necessitates that guidelines calculations be prepared by the United States Probation Officer. See Rita v. United States, 127 S.Ct. 2456, 2465 (2007). It also necessitates that the Court perform an analysis, in the appropriate case, as to whether a downward, or upward, departure

is warranted. See id.. Finally, the Court should consider the factors set forth in 18 U.S.C. § 3553(a) to determine whether a variance from the guideline range is warranted. See id..

The § 3553(a) factors include the nature, seriousness and circumstances of the offense; the history and characteristics of the defendant; protection of the public; deterrence to criminal conduct; the need to promote respect for law and provide for just punishment; the needs of the defendant for educational training, vocational training, medical care and other correctional treatment; the applicable guideline range; the need to avoid unwarranted disparities among similarly situated defendants; and restitution. See 18 U.S.C. § 3553(a); Jimenez-Beltre, 440 F.3d at 518-19.

The defendant has at least two felony convictions and a criminal history category of III. Because of his criminal record, the defendant was deported in 1999 and remained outside of the United States for five years, until he committed a third felony by illegally re-entering the United States. Although it appears as though the has not committed a felony since he illegally re-entered and remained in the United States, the defendant nonetheless has a sufficient criminal history such that a term of imprisonment within the guideline range is justified. However, because the defendant has not been convicted of another crime since illegally re-entering, the government recommends a sentence at the low-end of the guideline range.

Additionally, the nature of the offense, the need for deterrence, and the need to protect society justify a sentence a sentence of 18 months. The guidelines distinguish between illegal re-entry and illegal re-entry by an aggravated felon. Re-entry by an aggravated felon, such as the defendant, poses a greater danger to society, and thus increased punishment and increased deterrence is warranted.

Furthermore, as admitted by the defendant, his case does not differ significantly from most illegal re-entry cases involving aggravated felons. Thus, a guideline sentence would ensure the greatest uniformity in sentencing.

For all of the above reasons, the government recommends a sentence of 18 months.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On September 10, 2007, I caused the within "Government's Sentencing Memorandum" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Ms. Mary McElroy
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov